**Order entered August 21, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-14-01606-CR
No. 05-14–01607-CR
No. 05-14-01608-CR

**JOE LEWIS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 6**
**Dallas County, Texas**
**Trial Court Cause Nos. F13-41242-X, F13-41243-X, F13-41244-X**

## ORDER

Appellant's August 18, 2015 second motion to extend the time to file appellant's brief is

**GRANTED**. The time to file appellant's brief is **EXTENDED** to **September 15, 2015**.

/s/     LANA MYERS
        JUSTICE